# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

CORNEILOUS WHEELER

NO. 2022 KW 1038

**NOVEMBER 21, 2022**

---

In Re:   Corneilous A. Wheeler, applying for supervisory writs, 16th Judicial District Court, Parish of St. Mary, No. 08-177417.

---

**BEFORE:   THERIOT, CHUTZ, AND HESTER, JJ.**

**WRIT DENIED.**

> **MRT**
> **WRC**
> **CHH**

COURT OF APPEAL, FIRST CIRCUIT

_____
DEPUTY CLERK OF COURT
FOR THE COURT